**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | DRM Sales & Supply, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known): | 16-70028 |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | | Credit Card | | | | $18,166.65 |
| Atlas Tubular, L.P. P.O. Box 431 Robstown, TX 78380 | | Trade Debt | | | | $558,515.03 |
| Ceram-Kote Coatings, Inc. P.O. Box 2119 Big Spring, TX 79721 | 432-263-8497 | Trade Debt | | | | $20,233.14 |
| CMC Cometals Steel Commercial Metals Company Attn: 5400 P.O. Box 844579 Dallas, TX 75284-4579 | | Trade Debt | | | | $310,348.54 |
| Composite Lining Systems P.O. Box 50423 Midland, TX 79710 | 432-617-0242 | Trade Debt | | | | $100,503.00 |
| CS Trading 5318 East Second St., No. 683 Long Beach, CA 90803-5354 | | Trade Debt | | | | $32,212.55 |
| DGM Supply, Inc. P.O. Box 993 Midland, TX 79708 | | Trade Debt | | | | $74,321.10 |
| Double Freight Transporation c/o Riviera Finance P.O. Box 202487 Dallas, TX 75320-2487 | | Trade Debt | | | | $29,550.00 |

| Debtor | DRM Sales & Supply, LLC | | Case number (if known) | 16-70028 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Endurance Technologies, Inc.<br>71-4511 Glenmore Trail SE<br>Calgary, AB T2C 2R9<br>CANADA | 844-412-6805 | Trade Debt | | | | $299,766.00 |
| New Mexico Taxation & Revenue Dept.<br>P.O. Box 630<br>Santa Fe, NM 87504-0630 | | Taxes | | | | $30,402.06 |
| Panmeridian Tubular<br>Pusan Pipe America, Inc.<br>P.O. Box 201919<br>Dallas, TX 75320-1919 | 281-873-7800 | Trade Debt | | | | $42,998.10 |
| Power Solutions, Inc.<br>1206 Pointe Centre Drive<br>Suite 130<br>Chattanooga, TN 37421 | | Trade Debt | | | | $115,479.92 |
| SB International, Inc.<br>3626 N. Hall St., Ste. 910<br>Dallas, TX 75219-5149 | 214-526-4423 | Trade Debt | | | | $338,992.07 |
| SBI - RSP<br>SB International, Inc.<br>3626 N. Hall St., Ste. 910<br>Dallas, TX 75219-5149 | 214-526-4423 | Trade Debt | | | | $3,463,268.02 |
| Standard Tube Company<br>P.O. Box 4481, MSC #100<br>Houston, TX 77210-4481 | 830-249-0102 | Trade Debt | | | | $66,057.75 |
| State Comptroller of Public Accounts<br>Revenue Accounting Division<br>- Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 | | Taxes | | | | $173,479.78 |

| Debtor | DRM Sales & Supply, LLC | | | Case number (if known) | 16-70028 | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Steelcom Pipe International<br>SAM Athos Palace<br>2 Rue De Lujerneta<br>Monaco MC98000<br>FRANCE | 713-817-7321 | Trade Debt | | | | $991,833.52 |
| Tejas Tubular Products, Inc.<br>P.O. Box 843434<br>Dallas, TX 75284 | 713-631-0071 | Trade Debt | | | | $592,692.77 |
| TMK-IPSCO<br>4637 Solutions Center<br>Chicago, IL 60677-4006 | 432-337-2109 | Trade Debt | | | | $26,582.22 |
| UPCO, Inc.<br>c/o JP Morgan Chase Bank<br>P.O. Box 732182<br>Dallas, TX 75373-2182 | | Trade Debt | | | | $21,016.17 |