**Fill in this information to identify the case:**

Debtor name     DRM Sales & Supply, LLC

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TEXAS

Case number (if known)     16-70028

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:     Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..........................................................     $     28,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................     $     14,503,706.10

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................     $     14,531,706.10

---

**Part 2:     Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................     $     11,465,407.88

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................     $     449,592.21

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............     +$     7,265,905.50

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b     $     19,180,905.59

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | DRM Sales & Supply, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | 16-70028 |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Frost Bank<br>Midland Tower<br>508 W. Wall St., Ste. 100<br>Midland, Tx. 79701 | Commercial Checking | 0548 | $1,153,023.51 |
| 3.2. | Community National Bank<br>P.O. Box 3909<br>Midland, Tx. 79702 | Commercial Checking | 4493 | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,153,023.51

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Secuirty Deposits with Tally Meters and Clear Channel;<br>Deposits on Leases | $11,336.50 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **DRM Sales & Supply, LLC** | Case number *(If known)* | 16-70028 |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81. | **$11,336.50** |

**Part 3:**    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:

| 5,459,000.75 | - | 2,086,458.00 | =.... | **$3,372,542.75** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$3,372,542.75** |

**Part 4:**    Investments

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies Tubing, Casing, Enduralloy Inventory | 12/31/2015 | $6,832,129.30 | Est. FMV | $5,500,000.00 |
| | Rental Inventory (Thread Protector Cages and Wellhead Casing Equipment) | | $32,436.75 | Est. FMV | $25,000.00 |

23.    **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84. | **$5,525,000.00** |

24.    **Is any of the property listed in Part 5 perishable?**
    ■ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

Debtor __**DRM Sales & Supply, LLC**_____     Case number *(If known)* __16-70028__
        Name

☐ Yes

25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
     ☐ No
     ■ Yes. Book value _____ 0  Valuation method _____  Current Value _____ 91540.83

26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture<br>**Office Furniture and Fixtures** | $139,991.00 | Est. FMV | $46,659.00 |
| 40.  Office fixtures | | | |
| 41.  Office equipment, including all computer equipment and communication systems equipment and software<br>**Office Equipment** | $258,886.98 | Est. FMV | $42,500.00 |
| 42.  Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.                              $89,159.00

44.  Is a depreciation schedule available for any of the property listed in Part 7?
     ☐ No
     ■ Yes

45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 3

| Debtor | **DRM Sales & Supply, LLC** | | Case number *(If known)* __16-70028__ |
|--------|------------------------------|--|----------------------------------------|
| | Name | | |

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|--|--|--|--|--|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | 2006 Form F-150 Crew Cab - #201 | $28,766.00 | Kelly Blue Book | $5,500.00 |
| 47.2. | 2007 Form F150 - #202 | $31,045.39 | Kelly Blue Book | $5,500.00 |
| 47.3. | 2007 GMC Sierra 1500 - #203 | $28,338.04 | Kelly Blue Book | $9,500.00 |
| 47.4. | 2006 Ford F-150 - #204 | $28,045.50 | Kelly Blue Book | $5,500.00 |
| 47.5. | 2004 Ford F-350 KR - #205 | $44,509.09 | Kelly Blue Book | $4,800.00 |
| 47.6. | 2010 Ford F-150 - 5647 - #206 | $29,000.00 | Kelly Blue Book | $10,000.00 |
| 47.7. | 1999 Ford F350 - 8560 - #207 | $29,000.00 | Kelly Blue Book | $10,000.00 |
| 47.8. | 2011 Ford F150 - #208 | $15,000.00 | Kelly Blue Book | $4,000.00 |
| 47.9. | 2011 Ford F150 - 9357 - #209 | $29,856.24 | Kelly Blue Book | $14,000.00 |
| 47.10. | 2002 Ford F150 No A/P - 212 | $16,604.69 | Kelly Blue Book | $5,000.00 |
| 47.11. | 2011 Ford F-150 - 5149 - #216 | $29,689.81 | Kelly Blue Book | $13,000.00 |
| 47.12. | 2008 Cadillac Escalade - #218 | $64,837.03 | Kelly Blue Book | $21,000.00 |
| 47.13. | 2010 Cadillac Escalade JM - #219 | $36,123.33 | Kelly Blue Book | $15,000.00 |
| 47.14. | 2011 Ford Edge - #220 | $35,721.85 | Kelly Blue Book | $13,800.00 |
| 47.15. | 2011 Ford F-150 - 0253 - #221 | $312,995.00 | Kelly Blue Book | $12,000.00 |
| 47.16. | 2011 Ford F-150 - 0275 - #222 | $31,994.31 | Kelly Blue Book | $12,000.00 |
| 47.17. | 2013 Ford Edge - #227 | $33,972.67 | Kelly Blue Book | $15,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    **DRM Sales & Supply, LLC**        Case number *(if known)*  **16-70028**
Name

| | | | | |
|---|---|---|---|---|
| 47.18. | 2013 Ford F-150 - 2385 - #228 | $35,799.00 | Kelly Ble Book | $13,000.00 |
| 47.19. | 2014 Ford F-150 - #229 | $36,500.42 | Kelly Blue Book | $19,000.00 |
| 47.20. | 2011 Ford F150 - 6956 - #210 | $29,203.00 | Kelly Blue Book | $17,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Welder Equipment | $4,500.00 | Est. FMV | $1,500.00 |
| Portable Building | $45,843.07 | Est. FMV | $8,000.00 |
| 2007 Ottawa Yard Dog - #223 | $37,000.00 | Est. FMV | $10,000.00 |
| Cat Wheel Loader - 503 | $87,234.97 | Kelly Blue Book | $40,000.00 |
| Light Tower - RP10760 | $9,086.37 | Est. FMV | $1,000.00 |
| 2011 John Deere 544K - 0375 - #505 | $149,900.00 | Est. FMV | $40,000.00 |
| 2011 John Deere 544K - 5755 - #506 | $153,000.00 | Est. FMV | $40,000.00 |
| 2013 Hyundai 740 - 76809 - #510 | $122,000.00 | Est. FMV | $40,000.00 |
| 2012 John Deere 544K - 33374 - #511 | $182,500.00 | Est. FMV | $40,000.00 |
| 2011 Clark C25 FL - 6809 - #515 | $26,331.47 | Est. FMV | $5,000.00 |
| Truck Wash | $850.00 | Est. FMV | $850.00 |
| Portable Power Washer | $5,000.00 | Est. FMV | $800.00 |
| Ariens Riding Lawn Mower/Weed Eater | $1,364.27 | Est. FMV | $1,364.27 |
| Pipe Racks (40 Sets) | $0.00 | | $8,000.00 |
| Pipe Cat Walks (25) | $0.00 | | $5,000.00 |

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 5

| Debtor | DRM Sales & Supply, LLC | Case number *(if known)* | 16-70028 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Thread Protector Basket (25) | $0.00 | | $25,000.00 |
| Rigmat (9) | $0.00 | | $18,000.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $509,114.27 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | Modular Office - "D" Corporate | | $38,400.00 | Est. FMV | $10,000.00 |
| 55.2. | Double Wide Trailer - Office (South Tx. Yard) | | $51,590.25 | Est. FMV | $18,000.00 |
| 55.3. | South Texas Yard | Lease Hold Interest | $292,342.44 | Est. FMV | $0.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $28,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **DRM Sales & Supply, LLC** | Case number *(if known)* __16-70028__ |
|---|---|---|
| | Name | |

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations Proprietary/Confidential | $0.00 | | Unknown |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill Unknown | $0.00 | | Unknown |

66. **Total of Part 10.**                                                                                                    **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

| 71. | Notes receivable Description (include name of obligor) | | | |
|---|---|---|---|---|
| | Amount Owed from DRM Transporation for Vehicles | 491,390.92 - Total face amount | 100,000.00 = doubtful or uncollectible amount | $391,390.92 |
| | Amount Owing From DRM Transporation | 2,829,984.26 - Total face amount | 1,414,992.13 = doubtful or uncollectible amount | $1,414,992.13 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 7

Debtor    **DRM Sales & Supply, LLC**        Case number *(If known)*   16-70028

Name

| | | | |
|---|---|---|---|
| **Loan to Don Meek** | 2,270,000.00 - <br> Total face amount | 1,135,000.00 = <br> doubtful or uncollectible amount | $1,135,000.00 |
| **Amount Due from DRM Rental Properties** | 1,803,992.62 - <br> Total face amount | 901,993.31 = <br> doubtful or uncollectible amount | $901,999.31 |
| **Amount Due From Designing Realty** | 147.71 - <br> Total face amount | 0.00 = <br> doubtful or uncollectible amount | $147.71 |

72.    **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.              **$3,843,530.07**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

Debtor  **DRM Sales & Supply, LLC**          Case number *(if known)*  16-70028
_____
Name

---

**Part 12:**  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,153,023.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,336.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,372,542.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,525,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $89,159.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $509,114.27 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $28,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,843,530.07 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,503,706.10 | + 91b. $28,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,531,706.10 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **DRM Sales & Supply, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **16-70028**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                      12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1** Bank of the West | Describe debtor's property that is subject to a lien | $9,509.64 | $5,000.00 |

**2.1**  Bank of the West
Creditor's Name

475 Sansome Street
19th Floor
San Francisco, CA 94111
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**6809**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2011 Clark C25 FL - 6809 - #515**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A Amount of claim: **$9,509.64**
Column B Value of collateral: **$5,000.00**

---

**2.2**  Community National Bank
Creditor's Name

P.O. Box 3909
Midland, TX 79702
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**Line of Credit**
Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**A/R Cash and Inventory**

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A Amount of claim: **$11,422,812.51**
Column B Value of collateral: **$10,050,566.26**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | DRM Sales & Supply, LLC | | Case number (if known) | 16-70028 |
|--------|--------------------------|---|------------------------|----------|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit** | | | |
|-----|------------------------|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2013 Ford F-150 - 2385 - #228**

$9,521.25    $13,000.00

P.O. Box 65075
Dallas, TX 75265-0575
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**2385**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Motor Credit** | | | |
|-----|------------------------|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2013 Ford Edge - #227**

$14,234.57    $15,000.00

P.O. Box 65075
Dallas, TX 75265-0575
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9536**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **John Deere** | | | |
|-----|----------------|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2012 John Deere 544K - 33374 - #511**

$9,329.91    $40,000.00

6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

| Debtor | DRM Sales & Supply, LLC | Case number (if know) | 16-70028 |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
3374

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $11,465,407.88

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David H. Smith<br>Davis, Gerald & Cremer<br>400 West Illinois, Suite 1400<br>Midland, TX 79701 | Line  2.2 | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      DRM Sales & Supply, LLC

United States Bankruptcy Court for the:      WESTERN DISTRICT OF TEXAS

Case number (if known)      16-70028

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Arkansas Dept. of Revenue**<br>P.O. Box 3566<br>Little Rock, AR 72203-3566 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number **6SLS**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Atasco County Tax Office**<br>Loretta Holley, P.C.C.<br>1001 Oak St.<br>Jourdanton, TX 78026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      29815      Best Case Bankruptcy

| Debtor | DRM Sales & Supply, LLC | | Case number (if known) | 16-70028 |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address
**Benjamin Trujillo**
5923 Wagner Dr.
Midland, TX 79707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,292.90    $1,292.90

Date or dates debt was incurred

Basis for the claim:
**Wages/Salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Caddo-Shreveport Sales and Use
Tax Comm**
P.O. Box 104
Shreveport, LA 71161

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number 2674

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Calcasieu Parish Sales and Use
Tax Dept**
P.O. Drawer 2050
Lake Charles, LA 70602-2050

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number 6089

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**Carlos Villarreal**
1086 W. Heritage St.
Odessa, TX 79766

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,292.90    $1,292.90

Date or dates debt was incurred

Basis for the claim:
**Wages/Salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  __DRM Sales & Supply, LLC_____     Case number (if known)  __16-70028__
　　　　　Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Claiborne Parish Sales Tax Dept.**
P.O. Box 600
Homer, LA 71040

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number __5821__

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Colorado Dept. of Revenue**

Denver, CO 80261-0013

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number __0000__

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,194.76 | $2,194.76 |
|---|---|---|---|---|

**Cynthia Hightower**
4828 Elkhard Dr.
Crowley, TX 76036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages/Salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.73 | $418.73 |
|---|---|---|---|---|

**Dallas County Tax Assessor**
500 Elm Street, 1st Floor
Dallas, TX 75202

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ad Valorem Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **DRM Sales & Supply, LLC** | Case number (if known) | **16-70028** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,955.96 | $1,955.96 |
|---|---|---|---|---|

**Danny Bisbee**
3801 CFM 1213
Midland, TX 79706

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages/Salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,262.40 | $2,262.40 |
|---|---|---|---|---|

**Darrell E. Burns**
3204 Mariana Ave..
Midland, TX 79701

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages/Salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,051.00 | $2,051.00 |
|---|---|---|---|---|

**David Meek**
7100 W. I-10
Space C
Midland, TX 79706

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages/Salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,406.67 | $3,406.67 |
|---|---|---|---|---|

**Donald R. Meek**
3410 Woodhaven
Midland, TX 79707

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages/Salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **DRM Sales & Supply, LLC** | Case number (if known) | **16-70028** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.15**

Priority creditor's name and mailing address
**Frederick Lundberg, Jr.**
**2495 Sawdust Rd., Apt. 302**
**Spring, TX 77380**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages/Salary**

Is the claim subject to offset?
■ No
☐ Yes

$2,640.46        $2,640.46

---

**2.16**

Priority creditor's name and mailing address
**Iberville Parish Sales Tax**
**Department**
**P.O. Box 355**
**Plaquemine, LA 70765**

Date or dates debt was incurred

Last 4 digits of account number **0052**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

**2.17**

Priority creditor's name and mailing address
**Indiana Dept. Revenue**
**Govt. Center North**
**Indianapolis, IN 46204**

Date or dates debt was incurred

Last 4 digits of account number **2001**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

**2.18**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Special Procedures - Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE PURPOSES ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

| Debtor | DRM Sales & Supply, LLC | | Case number (if known) | 16-70028 |
|---|---|---|---|---|
| | Name | | | |

---

**2.19** | Priority creditor's name and mailing address
**Internal Revenue Service**

Ogden, UT 84201-0039

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$213,918.66    $213,918.66

Date or dates debt was incurred

Basis for the claim:
**2014 Income Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**Joni Grady**
22408 Park Lane
Midland, TX 79703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,609.35    $2,609.35

Date or dates debt was incurred

Basis for the claim:
**Wages/Salary**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address
**Louisiana Department of Revenue**
P.O. Box 201
Baton Rouge, LA 70821

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number **1400**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address
**Maria Luisa Covos**
6834 W. 20th St.
Odessa, TX 79763

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,181.04    $1,181.04

Date or dates debt was incurred

Basis for the claim:
**Wages/Salary**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **DRM Sales & Supply, LLC** | Case number (if known) | **16-70028** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,247.57 | $1,247.57 |
|---|---|---|---|---|
| | **Maribel Ramirez** | ☐ Contingent | | |
| | **1511 S. Forth Worth** | ☐ Unliquidated | | |
| | **Midland, TX 79701** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages/Salary** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,475.00 | $1,475.00 |
|---|---|---|---|---|
| | **Melissa Murphy** | ☐ Contingent | | |
| | **915 Bedford Dr.** | ☐ Unliquidated | | |
| | **Midland, TX 79701** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages/Salary** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,104.32 | $2,104.32 |
|---|---|---|---|---|
| | **Michael R. Avery** | ☐ Contingent | | |
| | **2808 N. Garfield** | ☐ Unliquidated | | |
| | **Midland, TX 79705** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages/Salary** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Midland Central Appraisal District** | ☐ Contingent | | |
| | **P.O. Box 908002** | ☐ Unliquidated | | |
| | **Midland, TX 79708** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|
| | Name | | |

**2.27** | Priority creditor's name and mailing address
**Mississippi Dept. of Revenue**
P.O. Box 1033
Jackson, MS 39215-1033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number **9719**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.28** | Priority creditor's name and mailing address
**New Mexico Taxation & Revenue
Department**
P.O. Box 25128
Santa Fe, NM 87504-5128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number **6000**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.29** | Priority creditor's name and mailing address
**New Mexico Taxation & Revenue
Dept.**
P.O. Box 630
Santa Fe, NM 87504-0630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,402.06 | $30,402.06

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.30** | Priority creditor's name and mailing address
**Oklahoma Tax Commission**
2501 N. Lincoln Blvd.
Oklahoma City, OK 73194

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number **6976**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address
**State Comptroller of Public Accounts**
**Revenue Accounting Division - Bankruptcy**
**P.O. Box 13528**
**Austin, TX 78711**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☒ No
☐ Yes

$173,479.78    $173,479.78

---

**2.32** | Priority creditor's name and mailing address
**Stefan Strain**
**2401 B W. Wadley**
**Midland, TX 79705**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages/Salary**

Is the claim subject to offset?
☒ No
☐ Yes

$2,839.92    $2,839.92

---

**2.33** | Priority creditor's name and mailing address
**Texas Comptroller of Public Accounts**
**111 E. 7th Street**
**Austin, TX 78774-0100**

Date or dates debt was incurred

Last 4 digits of account number **2713**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only.**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00    $0.00

---

**2.34** | Priority creditor's name and mailing address
**Travis Reed**
**3115 W. Louisiana**
**Midland, TX 79701**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages/Salary**

Is the claim subject to offset?
☒ No
☐ Yes

$2,818.73    $2,818.73

---

| Debtor | DRM Sales & Supply, LLC | | Case number (if known) | 16-70028 |
|---|---|---|---|---|
| | Name | | | |

---

**2.35** | Priority creditor's name and mailing address
**U.S. Trustee's Office**
615 E. Houston, Suite 533
San Antonio, TX 78205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
NOTICE PURPOSES ONLY

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
**Union Parish Sales and Use Tax Comm**
P.O. Box 903
Ruston, LA 71273

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Purposes Only

Last 4 digits of account number 0770
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
**United States Attorney**
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
NOTICE PURPOSES ONLY

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
**Vermillion Parish Sales Tax Division**
P.O. Drawewr 1508
Abbeville, LA 70511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Purposes Only

Last 4 digits of account number 0493
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **DRM Sales & Supply, LLC** | Case number (if known) | **16-70028** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wyoming Dept. of Revenue**
112 W. 25th St. 2W
Cheyenne, WY 82002-0110

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number **1453**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|

**AA Logistics**
c/o Outsource Financial Services, Inc.
P.O. Box 5172
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ACC Business**
P.O. Box 105306
Atlanta, GA 30348-5306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number **9285**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,409.45 |
|---|---|---|---|

**Access Control**
P.O. Box 105306
Atlanta, GA 30348-5306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,862.18 |
|---|---|---|---|

**All Trans Port Services, Inc.**
P.O. Box 143
Galena Park, TX 77547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,876.00 |
|---|---|---|---|

**American Express**
P.O. Box 650448
Dallas, TX 75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Credit Card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **DRM Sales & Supply, LLC**                                    Case number (if known) __16-70028__
          _____
          Name

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $411.36 |

**3.6**
Nonpriority creditor's name and mailing address
Anderson's New Locations
P.O. Box 1287
Granbury, TX 76048

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No  ☐ Yes

**$411.36**

---

**3.7**
Nonpriority creditor's name and mailing address
Aquarium Technologies
c/o Bill Craig
5023 Princeton Ave., Suite #4
Midland, TX 79703

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No  ☐ Yes

**$162.92**

---

**3.8**
Nonpriority creditor's name and mailing address
AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

Date(s) debt was incurred __
Last 4 digits of account number  __4355__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities/Cell Phone__

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.9**
Nonpriority creditor's name and mailing address
AT&T U-Verse
P.O. Box 5014
Carol Stream, IL 60197-5014

Date(s) debt was incurred  __141684771__
Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ☒ No  ☐ Yes

**$94.60**

---

**3.10**
Nonpriority creditor's name and mailing address
Atlas Tubular, L.P.
P.O. Box 431
Robstown, TX 78380

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☒ No  ☐ Yes

**$558,515.03**

---

**3.11**
Nonpriority creditor's name and mailing address
Axeley Transport
c/o Parikh Financial, LLC
2802 Trailridge Court
Missouri City, TX 77459

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,100.00**

---

**3.12**
Nonpriority creditor's name and mailing address
Bulldog Specialties, Ltd.
P.O. Box 7037
Odessa, TX 79760

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No  ☐ Yes

**$630.00**

---

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**C&P Transport**
c/o Parihk Financial
2802 Trailridge Court
Missouri City, TX 77459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,995.05 |
|---|---|---|---|

**C&R Industries**
791 Southpark Dr., Unit #200
Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,850.00 |
|---|---|---|---|

**C&V Transport**
c/o Riviera Finance
P.O. Box 202487
Dallas, TX 75320-2487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,045.00 |
|---|---|---|---|

**Carol A. Reinert P.C.**
600 N. Marienfeld, Suite 910
Midland, TX 79701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Accounting Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,550.00 |
|---|---|---|---|

**Casa Transport**
c/o Riviera Finance
P.O. Box 202487
Dallas, TX 75320-2487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,233.14 |
|---|---|---|---|

**Ceram-Kote Coatings, Inc.**
P.O. Box 2119
Big Spring, TX 79721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Fredericksburg**
126 West Main Street
Fredericksburg, TX 78624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DRM Sales & Supply, LLC** | Case number (if known) | **16-70028** |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310,348.54 |
|---|---|---|---|

**CMC Cometals Steel**
**Commercial Metals Company**
**Attn: 5400**
**P.O. Box 844579**
**Dallas, TX 75284-4579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,555.09 |
|---|---|---|---|

**Coastal Pipe Company**
**P.O. Box 6046**
**Midland, TX 79704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast of Houston**
**P.O. Box 660618**
**Dallas, TX 75266-0618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Utilties (Houston)

Last 4 digits of account number  5510

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,091.15 |
|---|---|---|---|

**Composite Lining Systems**
**P.O. Box 50423**
**Midland, TX 79710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**CRST International**
**P.O. Box 71573**
**Chicago, IL 60694-1573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,212.55 |
|---|---|---|---|

**CS Trading**
**5318 East Second St., No. 683**
**Long Beach, CA 90803-5354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Culligan Water Conditioning**
**1034 Austin St.**
**San Antonio, TX 78208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Purposes Only

Last 4 digits of account number  9634

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **DRM Sales & Supply, LLC**  _____  Case number *(if known)*  **16-70028**
　　　　　Name

---

| | |
|---|---|
| **3.27** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $1,208.76 |
| De Lage Landen - Houston - 0646 | ☐ Contingent |
| P.O. Box 41602 | ☐ Unliquidated |
| Philadelphia, PA 19101-1602 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  <u>Trade debt</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| | |
|---|---|
| **3.28** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $24.00 |
| Deep Well Tubular Service, Inc. | ☐ Contingent |
| 6604 West Hwy. 80 | ☐ Unliquidated |
| Midland, TX 79706 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  <u>Trade debt</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

---

| | |
|---|---|
| **3.29** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $594.75 |
| Deringer | ☐ Contingent |
| 75 Remittance Drive, Suite 1794 | ☐ Unliquidated |
| Chicago, IL 60675-1794 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  <u>Trade debt</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| | |
|---|---|
| **3.30** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $74,321.10 |
| DGM Supply, Inc. | ☐ Contingent |
| P.O. Box 993 | ☐ Unliquidated |
| Midland, TX 79708 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  <u>Trade Debt</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

---

| | |
|---|---|
| **3.31** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $217.28 |
| Direct Energy | ☐ Contingent |
| P.O. Box 660749 | ☐ Unliquidated |
| Dallas, TX 75266 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  <u>Utilities - Electricity</u> |
| Last 4 digits of account number  <u>1997</u> | Is the claim subject to offset? ■ No ☐ Yes |

---

| | |
|---|---|
| **3.32** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| Dish Network | ☐ Contingent |
| Dept. 0063 | ☐ Unliquidated |
| Palatine, IL 60055-0063 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  <u>Notice Purposes Only</u> |
| Last 4 digits of account number  <u>7420</u> | Is the claim subject to offset? ■ No ☐ Yes |

---

| | |
|---|---|
| **3.33** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $3,505.57 |
| Dixie Pipe Sales, Inc. | ☐ Contingent |
| P.O. Box 4346 | ☐ Unliquidated |
| Dept. #372 | ☐ Disputed |
| Houston, TX 77210-4346 | Basis for the claim:  <u>Trade debt</u> |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address

Doris Werner
6315 Bright Bloom Lange
Spring, TX 77379

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$205.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities/Cleaning (Houston Office)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

Double Freight Transporation
c/o Riviera Finance
P.O. Box 202487
Dallas, TX 75320-2487

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$29,550.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address

DRM Transportation Services
P.O. Box 9236
Midland, TX 79708

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,445.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Intercompany Payable

Is the claim subject to offset? ☐ No ■ Yes

---

**3.37** | Nonpriority creditor's name and mailing address

El Campo Refrigeration
P.O. Box 1645
El Campo, TX 77437

Date(s) debt was incurred __
Last 4 digits of account number  DRM3

As of the petition filing date, the claim is: *Check all that apply.*  **$156.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

Endurance Technologies, Inc.
71-4511 Glenmore Trail SE
Calgary, AB T2C 2R9
CANADA

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$299,766.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

Executive Leasing
501 E. 2nd Street
Odessa, TX 79761

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

First on 7th, LP
500 W. 7th St., Ste. 1212
Fort Worth, TX 76102

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,096.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **DRM Sales & Supply, LLC**                                  Case number (if known)  **16-70028**
_____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.73 |
|---|---|---|---|

**Fish Window Cleaning**
P.O. Box 60247
Midland, TX 79711

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679.23 |
|---|---|---|---|

**Flake Tompkins Tubular Services**
110 N. Marienfeld
Suite 200
Midland, TX 79701

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fusion**
c/o Network Billing Systems, Inc.
P.O. Box 74301
Cleveland, OH 44194-4301

Date(s) debt was incurred __

Last 4 digits of account number  6069

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Long Distance
Notice Purposes Only

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |
|---|---|---|---|

**G&M Trucking**
c/o Parikh Financial, LLC
2802 Trailridge Court
Missouri City, TX 77459

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |
|---|---|---|---|

**Global Tranz Enterprises, Inc.**
P.O. Box 6348
Scottsdale, AZ 85258

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $530.44 |
|---|---|---|---|

**Green Tree Country Club**
4900 Green Tree Blvd.
Midland, TX 79707

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**Hamilton Transportation, LLC**
P.O. Box 1355
Bunkie, LA 71322

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|
| | Name | | |

**3.48** | Nonpriority creditor's name and mailing address

HCTRA North Tag
Dept. 1
P.O. Box 4440
Houston, TX 77210-4440

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

**$37.25**

---

**3.49** | Nonpriority creditor's name and mailing address

Hillard Office Solutions D-01
P.O. Box 52510
Midland, TX 79710-2510

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

**$55.45**

---

**3.50** | Nonpriority creditor's name and mailing address

Hillard Office Solutions D-02
P.O. Box 52510
Midland, TX 79710-2510

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

**$119.87**

---

**3.51** | Nonpriority creditor's name and mailing address

Hilliard Office Solutions DQ06
P.O. Box 52510
Midland, TX 79710-2510

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

**$222.32**

---

**3.52** | Nonpriority creditor's name and mailing address

Hudson Energy
P.O. Box 731137
Dallas, TX 75373

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ☒ No ☐ Yes

**$1,237.94**

---

**3.53** | Nonpriority creditor's name and mailing address

Jaime Meek
3410 Woodhaven
Midland, TX 79707

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Reimbursement

Is the claim subject to offset? ☒ No ☐ Yes

**$74.01**

---

**3.54** | Nonpriority creditor's name and mailing address

Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

**$500.00**

---

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Mac Construction**
c/o Edward McDonald
3050 West 2nd Street
Odessa, TX 79763

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,781.00 |
|---|---|---|---|

**Mansfield Oil Co. - IMPAC**
P.O. Box 628544
Cincinnati, OH 45263

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Fuel 

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,590.00 |
|---|---|---|---|

**Midland Chamber of Commerce**
109 N. Main
Midland, TX 79701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Dues 

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Miles Transport**
c/o Riviera Finance
P.O. Box 202487
Dallas, TX 75320-2487

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.81 |
|---|---|---|---|

**Office Depot**
P.O. Box 689020
Des Moines, IA 50368-9020

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,060.83 |
|---|---|---|---|

**Omi, LP**
Oilfield Materials Management Co.
2817 JBS Pkwy, Suite C-104
Odessa, TX 79762

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**ON3 Logistics, LLC**
c/o Crestmark
P.O. Box 682348
Franklin, TN 37068-2348

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|
| | Name | | |

**3.62** Nonpriority creditor's name and mailing address
Overhead Door Co.
P.O. Box 2932
Midland, TX 79702

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repairs

Is the claim subject to offset? ■ No ☐ Yes

$119.08

---

**3.63** Nonpriority creditor's name and mailing address
Panmeridian Tubular
Pusan Pipe America, Inc.
P.O. Box 201919
Dallas, TX 75320-1919

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$42,998.10

---

**3.64** Nonpriority creditor's name and mailing address
Phoenix Broadband
P.O. Box 90417
San Antonio, TX 78209

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet - Pleasenton

Is the claim subject to offset? ■ No ☐ Yes

$438.46

---

**3.65** Nonpriority creditor's name and mailing address
Polio Trucking
c/o Parikh Financial, LLC
2802 Trailridge Court
Missouri City, TX 77459

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$14,950.00

---

**3.66** Nonpriority creditor's name and mailing address
Power Solutions, Inc.
1206 Pointe Centre Drive
Suite 130
Chattanooga, TN 37421

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$115,479.92

---

**3.67** Nonpriority creditor's name and mailing address
RDUB Trucking, LLC
3028 San Pedro
Odessa, TX 79765

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.68** Nonpriority creditor's name and mailing address
Reliant
P.O. Box 650475
Dallas, TX 75265-0475

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **DRM Sales & Supply, LLC** | Case number (if known) | **16-70028** |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.35** |
|---|---|---|---|

**Republic Services #859**
P.O. Box 78829
Phoenix, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$338,992.07** |
|---|---|---|---|

**SB International, Inc.**
3626 N. Hall St., Ste. 910
Dallas, TX 75219-5149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,463,268.02** |
|---|---|---|---|

**SBI - RSP**
SB International, Inc.
3626 N. Hall St., Ste. 910
Dallas, TX 75219-5149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$952.60** |
|---|---|---|---|

**Scan Systems Corp.**
P.O. Box 7659
Spring, TX 77387-7659

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Secured Document Shredding**
26 W. Industrial Loop
Midland, TX 79701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Monthly Document Shredding Service

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,057.75** |
|---|---|---|---|

**Standard Tube Company**
P.O. Box 4481, MSC #100
Houston, TX 77210-4481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$991,833.52** |
|---|---|---|---|

**Steelcom Pipe International**
SAM Athos Palace
2 Rue De Lujerneta
Monaco MC98000
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | DRM Sales & Supply, LLC | | Case number (if known) | 16-70028 |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $703.99 |
|---|---|---|---|
| | **Superior Disposal** | ☐ Contingent | |
| | P.O. BOX 171675568 | ☐ Unliquidated | |
| | Sioux Falls, SD 57186 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,095.00 |
|---|---|---|---|
| | **Superior Threaded Products** | ☐ Contingent | |
| | Attn: Felicia Nobles | ☐ Unliquidated | |
| | 9405 Sam Houston Pkwy N. | ☐ Disputed | |
| | Houston, TX 77044 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $592,692.77 |
|---|---|---|---|
| | **Tejas Tubular Products, Inc.** | ☐ Contingent | |
| | P.O. Box 843434 | ☐ Unliquidated | |
| | Dallas, TX 75284 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,779.00 |
|---|---|---|---|
| | **Third Generation Development, Ltd.** | ☐ Contingent | |
| | 7113 FM 2920 RD, #300 | ☐ Unliquidated | |
| | Spring, TX 77373 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Rent | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,582.22 |
|---|---|---|---|
| | **TMK-IPSCO** | ☐ Contingent | |
| | 4637 Solutions Center | ☐ Unliquidated | |
| | Chicago, IL 60677-4006 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,038.00 |
|---|---|---|---|
| | **Top Threading Services** | ☐ Contingent | |
| | P.O. Box 1572 | ☐ Unliquidated | |
| | Crosby, TX 77532-1572 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|
| | **Total Quality Logistics** | ☐ Contingent | |
| | P.O. Box 634558 | ☐ Unliquidated | |
| | Cincinnati, OH 45263-4558 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|
| | Name | | |

---

**3.83** Nonpriority creditor's name and mailing address

TSO Transportation
c/o M.R. Parikh
2802 Trailrdige Court
Missouri City, TX 77459

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$8,250.00

---

**3.84** Nonpriority creditor's name and mailing address

TXU Energy
P.O. Box 650638
Dallas, TX 75265-0638

Date(s) debt was incurred _

Last 4 digits of account number  7647

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities - Houston Offie

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.85** Nonpriority creditor's name and mailing address

UPCO, Inc.
c/o JP Morgan Chase Bank
P.O. Box 732182
Dallas, TX 75373-2182

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$21,016.17

---

**3.86** Nonpriority creditor's name and mailing address

Well Guard Corporation
P.O. Box 1829
Waller, TX 77484

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$182.71

---

**3.87** Nonpriority creditor's name and mailing address

West Texas Mobile Wash
3111 Delano
Midland, TX 79701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$245.00

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Caren Collins<br>Internal Revenue Service<br>300 E. 8th Street<br>M/S 5026 AUS<br>Austin, TX 78701 | Line  2.19<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Line  2.10<br><br>☐ Not listed. Explain ____ | _ |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 23 of 24

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 449,592.21 |
| 5b. Total claims from Part 2 | 5b. + $ | 7,265,905.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 7,715,497.71 |

**Fill in this information to identify the case:**

Debtor name    DRM Sales & Supply, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    16-70028

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Printer Leases | |
| | State the term remaining | 15-26 Months | De Lage Landon<br>111 Old Eagle School Rd.<br>Wayne, PA 19087-1453 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | F-250 Hot Shot Truck | |
| | State the term remaining | 21 Months | Enterprise<br>4210 S. Congress Ave.<br>Austin, TX 78745 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Ice Machine | |
| | State the term remaining | 12 months | Executive Leasing<br>501 E. 2nd Street<br>Odessa, TX 79761 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Fort Worth Office Lease | |
| | State the term remaining | | First on 7th, LP<br>500 W. 7th St., Ste. 1212<br>Fort Worth, TX 76102 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    DRM Sales & Supply, LLC
            First Name        Middle Name        Last Name

Case number (if known)    16-70028

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Printer Maintenance | |
|---|---|---|---|
| | State the term remaining | Cancelled | Hillard Office Solutions D-01 |
| | List the contract number of any government contract | | P.O. Box 52510 Midland, TX 79710-2510 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | DRM East Yard | |
|---|---|---|---|
| | State the term remaining | 2 yrs | Mary Weaver |
| | List the contract number of any government contract | | 6432 Richwood Rd. Odessa, TX 79762 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle GPS | |
|---|---|---|---|
| | State the term remaining | 14 months | Teletrac |
| | List the contract number of any government contract | | 17391 Lincoln Way Garden Grove, CA 92841 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Houston Office Lease | |
|---|---|---|---|
| | State the term remaining | | Third Generation Development Attn: Joe Palumbo 7113 FM 2920 Rd. Ste. 200 |
| | List the contract number of any government contract | | Spring, TX 77379 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | South Texas Land Lease | |
|---|---|---|---|
| | State the term remaining | month to month | Wayne Beyer |
| | List the contract number of any government contract | | 442 West Oaklawn Pleasanton, TX 78064 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | DRM Sales & Supply, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | 16-70028 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

    *Column 1: Codebtor*                                                           *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Donald R. Meek | 3410 Woodhaven<br>Midland, TX 79707 | Community National Bank | ■ D   2.2<br>☐ E/F<br>☐ G |
| 2.2 | DRM Management | P.O. Box 9236<br>Midland, TX 79708 | Community National Bank | ■ D   2.2<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    DRM Sales & Supply, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   16-70028

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 11, 2016     X   _Donald R Meek_

                 Signature of individual signing on behalf of debtor

                 **Donald Meek**

                 Printed name

                 **Managing Member**

                 Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      DRM Sales & Supply, LLC

United States Bankruptcy Court for the:      WESTERN DISTRICT OF TEXAS

Case number (if known)     16-70028

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2016 to Filing Date | ☐ Operating a business<br>    Amendment to be filed -- information being  provided by accountant for Debtor<br>■ Other | $0.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Flexpipe Systems | 12/30/2015 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   DRM Sales & Supply, LLC                                    Case number (if known)  16-70028

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.2.  DRM Management<br>P.O. Box 9236<br>Midland, TX 79708 | 01/04/2015 | $120,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Management Fees |
| 3.3.  DRM Properties<br>P.O. Box 9236<br>Midland, TX 79708 | 01/04/2016 | $34,550.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Office Rent |
| 3.4.  Teletrac, Inc.<br>32472 Collection Center Drive<br>Chicago, IL 60693-0324 | 01/12/2016 | $6,240.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.5.  New Mexico Taxation & Revenue Dept.<br>P.O. Box 630<br>Santa Fe, NM 87504-0630 | 01/18/2016 | $27,247.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Sales Taxes |
| 3.6.  State Comptroller of Public Accounts<br>Revenue Accounting Division -<br>Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 | 01/20/2016 | $184,920.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Sales Taxes |
| 3.7.  Louisiana Department of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821 | 01/21/2016 | $9,172.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Sales Taxes |
| 3.8.  DRM Properties<br>P.O. Box 9236<br>Midland, TX 79708 | 02/01/2016 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Rent |
| 3.9.  DRM Management<br>P.O. Box 9236<br>Midland, TX 79708 | 02/04/2016 | $84,005.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Management Fees and<br>DRM Transportation |

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10 | DRM Transportation<br>P.O. Box 9236<br>Midland, TX 79708 | 02/05/2016 | $16,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Due from DRM Transporation_ |
| 3.11 | Mansfield Oil Co. - IMPAC<br>P.O. Box 628544<br>Cincinnati, OH 45263 | 02/16/2016 | $7,342.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12 | DRM Management<br>P.O. Box 9236<br>Midland, TX 79708 | 02/18/2016 | $30,303.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Management Fees/DRM Transportation_ |
| 3.13 | DRM Management<br>P.O. Box 9236<br>Midland, TX 79708 | 02/18/2016 | $22,499.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Due from DRM Transportation_ |
| 3.14 | State Comptroller of Public Accounts<br>Revenue Accounting Division - Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 | 02/22/2016 | $65,695.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Sales Taxes_ |
| 3.15 | New Mexico Taxation & Revenue Dept.<br>P.O. Box 630<br>Santa Fe, NM 87504-0630 | 02/22/2016 | $24,434.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Sales Tax_ |
| 3.16 | Mullin Hoard & Brown, L.L.P.<br>P.O. Box 2585<br>Lubbock, TX 79408 | 02/22/2016 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

| Debtor | DRM Sales & Supply, LLC | | Case number *(if known)* 16-70028 |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | 02/25/2016 | $7,576.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Credit Card |
| 3.18 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | 01/27/2016 | $13,476.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  Credit Card |
| 3.19 | SBI - RSP<br>SB International, Inc.<br>3626 N. Hall St., Ste. 910<br>Dallas, TX 75219-5149 | 12/30/2015 | $336,206.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20 | SB International, Inc.<br>3626 N. Hall St., Ste. 910<br>Dallas, TX 75219-5149 | 12/30/2015 | $34,353.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21 | A&H Transportation<br>c/o Parikh Financial, LLC<br>2802 Trailridge Court<br>Missouri City, TX 77459 | 12/30/2015 | $7,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22 | AA Logistics<br>c/o Outsource Financial Services, Inc.<br>P.O. Box 5172<br>Denver, CO 80217 | 12/30/2015 | $8,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23 | Atlas Tubular, L.P.<br>P.O. Box 431<br>Robstown, TX 78380 | 12/30/2015 | $103,863.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24 | C&R Industries<br>791 Southpark Dr., Unit #200<br>Littleton, CO 80120 | 12/30/2015 | $38,690.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   DRM Sales & Supply, LLC                                    Case number *(if known)* 16-70028

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25  C&V Transport<br>c/o Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 | 12/30/2015 | $15,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26  CS Trading<br>5318 East Second St., No. 683<br>Long Beach, CA 90803-5354 | 12/30/2015 | $32,095.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27  Ceram-Kote Coatings, Inc.<br>P.O. Box 2119<br>Big Spring, TX 79721 | 12/30/2015 | $22,028.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28  CMC Cometals Steel<br>Commercial Metals Company<br>Attn: 5400<br>P.O. Box 844579<br>Dallas, TX 75284-4579 | 12/30/2015 | $76,250.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29  Couplings International, LLC<br>133 N. Friendswood Dr. #310<br>Friendswood, TX 77546 | 12/30/2015 | $23,581.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30  Don-Nan Pump & Supply<br>P.O. Box 11367<br>Midland, TX 79702 | 12/30/2015 | $33,037.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31  Double Freight Transporation<br>c/o Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 | 12/30/2015 | $21,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32  Tejas Tubular Products, Inc.<br>P.O. Box 843434<br>Dallas, TX 75284 | 12/30/2015 | $57,757.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | DRM Sales & Supply, LLC | | Case number (if known) | 16-70028 |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.33 | TMK-IPSCO<br>4637 Solutions Center<br>Chicago, IL 60677-4006 | 12/30/2015 | $176,039.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34 | Endurance Technologies, Inc.<br>71-4511 Glenmore Trail SE<br>Calgary, AB T2C 2R9<br>CANADA | 01/08/2016 | $171,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35 | SBI - RSP<br>SB International, Inc.<br>3626 N. Hall St., Ste. 910<br>Dallas, TX 75219-5149 | 01/06/2016 | $282,262.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36 | Community National Bank<br>P.O. Box 3909<br>Midland, TX 79702 | 01/08/2016 | $43,761.43 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37 | Atlas Tubular, L.P.<br>P.O. Box 431<br>Robstown, TX 78380 | 01/08/2016 | $67,834.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38 | Endurance Technologies, Inc.<br>71-4511 Glenmore Trail SE<br>Calgary, AB T2C 2R9<br>CANADA | 01/15/2016 | $184,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39 | DRM Transportation<br>P.O. Box 9236<br>Midland, TX 79708 | 01/11/2016 | $42,086.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40 | Atlas Tubular, L.P.<br>P.O. Box 431<br>Robstown, TX 78380 | 01/15/2016 | $35,619.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **DRM Sales & Supply, LLC**  Case number *(if known)* **16-70028**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.41 | C&V Transport<br>c/o Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 | 01/15/2016 | $6,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42 | Double Freight Transporation<br>c/o Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 | 01/15/2016 | $6,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43 | UPCO, Inc.<br>c/o JP Morgan Chase Bank<br>P.O. Box 732182<br>Dallas, TX 75373-2182 | 01/15/2016 | $16,163.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44 | CMC Cometals Steel<br>Commercial Metals Company<br>Attn: 5400<br>P.O. Box 844579<br>Dallas, TX 75284-4579 | 01/22/2016 | $105,138.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45 | M-L Pipe Service<br>P.O. Box 80131<br>Midland, TX 79708-0131 | 01/22/2016 | $17,548.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46 | Atasco County Tax Office<br>Loretta Holley, P.C.C.<br>1001 Oak St.<br>Jourdanton, TX 78026 | 01/25/2016 | $23,432.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Property Taxes_ |
| 3.47 | Midland Central Appraisal District<br>P.O. Box 908002<br>Midland, TX 79708 | 01/25/2016 | $184,439.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Property Taxes_ |
| 3.48 | J. Joseph Consulting, Inc.<br>20770 Hwy. 281 N., Ste. 108-403<br>San Antonio, TX 78258 | 01/25/2016 | $33,474.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    DRM Sales & Supply, LLC                                          Case number *(if known)*  16-70028

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.49. | DRM Transportation<br>P.O. Box 9236<br>Midland, TX 79708 | 01/28/2016 | $7,425.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.50. | Composite Lining Systems<br>P.O. Box 50423<br>Midland, TX 79710 | 01/29/2016 | $23,045.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51. | Ceram-Kote Coatings, Inc.<br>P.O. Box 2119<br>Big Spring, TX 79721 | 02/05/2016 | $11,521.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52. | CMC Cometals Steel<br>Commercial Metals Company<br>Attn: 5400<br>P.O. Box 844579<br>Dallas, TX 75284-4579 | 02/05/2016 | $50,124.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. | Composite Lining Systems<br>P.O. Box 50423<br>Midland, TX 79710 | 02/05/2016 | $23,060.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.54. | Double Freight Transporation<br>c/o Riviera Finance<br>P.O. Box 202487<br>Dallas, TX 75320-2487 | 02/05/2016 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. | Tejas Tubular Products, Inc.<br>P.O. Box 843434<br>Dallas, TX 75284 | 02/09/2016 | $124,536.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56. | TMK-IPSCO<br>4637 Solutions Center<br>Chicago, IL 60677-4006 | 02/05/2016 | $22,663.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **DRM Sales & Supply, LLC**                                           Case number *(if known)*  **16-70028**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.57  UPCO, Inc.<br>c/o JP Morgan Chase Bank<br>P.O. Box 732182<br>Dallas, TX 75373-2182 | 02/05/2016 | $14,277.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58  DRM Transportation<br>P.O. Box 9236<br>Midland, TX 79708 | 02/17/2016 | $6,960.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.59  UPCO, Inc.<br>c/o JP Morgan Chase Bank<br>P.O. Box 732182<br>Dallas, TX 75373-2182 | 02/18/2016 | $36,064.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60  TMK-IPSCO<br>4637 Solutions Center<br>Chicago, IL 60677-4006 | 02/19/2016 | $26,738.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61  Community National Bank<br>P.O. Box 3909<br>Midland, TX 79702 | 2/24/2016 | $344,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _Setoff_ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Endurance Technologies, Inc.<br>71-4511 Glenmore Trail SE<br>Calgary, AB T2C 2R9<br>CANADA | Joints of Pipe (Returned for Credit) | 2/3/2016 | $500,170.00 |

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 9

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Community National Bank**<br>P.O. Box 3909<br>Midland, TX 79702 | Setoff of Bank Account<br>Last 4 digits of account number: ___4493___ | 2/24/2016 | $344,000.00 |

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | DRM Sales and Supply, LLC and DRM Transporation Services, LLC<br>v.<br>Hamilton Well Service, LLC<br>CC18463 | Collection | County Court at Law No. 2<br>500 N Loraine St<br>Midland, TX 79701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | DRM Sales & Supply, LLC<br>v.<br>Murchison Oil & Gas, Inc.<br>CV51220 | Collection | 238th District Court<br>500 N Loraine St<br>Midland, TX 79701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | W&W Energy Services, Inc.<br>v.<br>The DRM Management Corporation d/b/a The DRM Companies and d/b/a DRM Services, Inc.<br>CC26194 | Contract Dispute | County Court at Law 1 of Ector Co., Tx.<br>300 N Grant Ave<br>Odessa, TX 79761 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | DRM Sales and Supply, LLC<br>v.<br>FJM Texas Gold Transport, LLC and Disposal Tejas, LLC<br>CC17497 | Contract Dispute | County Court at Law #2, Midland Co., Tx<br>500 N Loraine St<br>Midland, TX 79701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Cressman Tubular Products Corporation<br>v.<br>DRM Sales and Supply, LLC, DRM Logistics, LLC and DRM Services, Inc.<br>13-03327 | Contract Dispute | 162nd District Court of Dallas Co., Tx<br>600 Commerce Street<br>Box 740<br>Dallas, TX 75202 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | DRM Sales and Supply, LLC and DRM Services, Inc.<br>v.<br>Pinnacle Mining Corporation<br>CC16852 | Collection | County Court at Law, Midland Co., Tx<br>500 N. Loraine St.<br>Midland, TX 79701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor    DRM Sales & Supply, LLC                                    Case number (if known)  16-70028

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.7.  Southwestern Bell Telephone Compandy d/b/a AT&T Texas and Oncor Electric Delivery Company, LLC v. DRM Services, Inc. and William Jack Harvey, Jr. C-135169 | Civil | 244th District Court of Ector Co., Tx. 300 N Grant Ave Odessa, TX 79761 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Teen Challenge of the Permian Basin 6901 South CR 1200 Midland, TX 79706 | 2015 Golf Tournament | 3/30/2015 | $3,000.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | West Texas Music Association 2610 Kermit Highway Odessa, TX 79763 | Meals on Wheels | 3/31/2015 | $1,000.00 |
| | Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| 2013 Ford Edge - Car accident | $2,689.36 | | Unknown |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor   **DRM Sales & Supply, LLC**          Case number *(if known)*  16-70028

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Mullin Hoard & Brown, L.L.P. P.O. Box 2585 Lubbock, TX 79408 | | 2/22/2016 | $10,000.00 |
| | Email or website address drl@mhba.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | R. Byrn Bass 4716 4th Street, Suite 100 Lubbock, TX 79416 | | 12/14/15 | $500.00 |
| | Email or website address bbass@bbasslaw.com | | | |
| | Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | DRM Sales & Supplies 306 W. Wall, Suite 700 Midland, TX 79707 | Feb. 2003 - Oct. 2013 |

### Part 8:  Health Care Bankruptcies

### 15. Health Care bankruptcies

Debtor    DRM Sales & Supply, LLC                                    Case number *(if known)*  16-70028

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | DRM Sales & Supply, LLC | Case number *(if known)* | 16-70028 |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| BC Operating<br>TX | DRM<br>7100 W. - I-20<br>Midland, TX 79706 | Pipe and Casing | $147,267.76 |
| Capitan | DRM<br>7100 W. I-20<br>Midland, TX 79706 | Casing | $120,204.00 |
| DYAD | DRM<br>7100 W. I-20<br>Midland, TX 79706 | Casing | $102,974.91 |
| S.B. American Tubular | DRM<br>7100 W. I-20<br>Midland, TX 79706 | Casing, Tubing and Markers | $371,869.99 |
| Sundown Energy | DRM<br>7100 W. I20<br>Midland, TX 79706 | Casing | $41,148.00 |
| US Energy | DRM<br>7100 W. I20<br>Midland, TX 79706 | Casing | $87,702.55 |
| Cinco Resources | DRM - Pleasanton<br>Location | Tubing | $3,307.20 |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | DRM Sales & Supply, LLC | Case number (if known) | 16-70028 |
|--------|-------------------------|------------------------|----------|

environmental law?

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|-----------------------|--------------------------------------|-------------------------------------------------------------------------------|
|                       |                                      | Dates business existed                                                        |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|--------------------------|
| 26a.1.  Joni Grady 3408 Park Lane Midland, TX 79703 | 9/2011 - 12/2015 |
| 26a.2.  Rick Schkade 4112 Edgebrook Midland, TX 79707 | 09/11/2011 - 01/2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|--------------------------|
| 26b.1.  Rick Schkade 4112 Edgebrook Midland, TX 79707 | 09/2011 - 01/2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1.  Carol A. Reinert P.C. 600 N. Marienfeld, Suite 910 Midland, TX 79701 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    DRM Sales & Supply, LLC                                    Case number (if known)  16-70028

statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | Community National Bank<br>P.O. Box 3909<br>Midland, TX 79702 |
| 26d.2. | CMC Cometals Steel<br>Commercial Metals Company<br>Attn: 5400<br>P.O. Box 844579<br>Dallas, TX 75284-4579 |
| 26d.3. | TMK-IPSCO<br>4637 Solutions Center<br>Chicago, IL 60677-4006 |
| 26d.4. | Eisler Hermes |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Rick Schkade | 12/31/2014 | $18,271,567.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | DRM Sales & Supply, LLC<br>P.O. Box 9236<br>Midland, TX 79708 |

| | | Date of inventory | |
|---|---|---|---|
| 27.2 | Rick Schkade | 12/5/2015 | $9,953,666.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | DRM Sales & Supply, LLC<br>P.O. Box 9236<br>Midland, TX 79708 |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald R. Meek | 3410 Woodhaven<br>Midland, TX 79707 | Managing Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DRM Management Corp. | P.O. Box 9236<br>Midland, TX 79708 | Owner | 100% |

Debtor   DRM Sales & Supply, LLC _____   Case number *(if known)*  16-70028

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| DRM Management Corp., Inc. | EIN:     45-2648901 |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 11, 2016

_Donald R. Meek_ _____        Donald Meek
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

## United States Bankruptcy Court
### Western District of Texas

In re    DRM Sales & Supply, LLC

                             Debtor(s)

Case No.    16-70028

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| DRM Management Corp.<br>P.O. Box 9236<br>Midland, TX 79708 | | | 100% ownership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 11, 2016                  Signature     *Donald R. Meek*

                                                  Donald Meek

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.