**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
JAMES W. ROSE, JR.
TRIAL ATTORNEY
615 E. HOUSTON, RM. 533
P.O. BOX 1539
SAN ANTONIO, TX 78295-1539
Telephone: (210) 472-4640
Facsimile: (210) 472-4649**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DRM SALES & SUPPLY, LLC, ET AL. | § | CASE NO. 16-70028-RBK |
| | § | CHAPTER 11 |
| | § | |
| DEBTORS IN POSSESSION | § | (JOINTLY ADMINISTERED) |

### NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee ("UST"), through the undersigned attorney, pursuant to §1102(a)(1) and (b)(1) of the Bankruptcy Code, and hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in the jointly administered cases of DRM Sales & Supply, LLC and DRM Rental Properties, LLC.

1. Tejas Tubular Products, Inc.
   8799 N. Loop East, Suite 300
   Houston, TX 77029
   (281) 822-3484
   Contact: Bobby Bell
   E-mail: bbell@tejastubular.com

2. Atlas Tubular LLC
   2111 Norfolk, Suite 220
   Houston, TX 77098
   (713) 225-2000
   Contact: Jason Hubbard
   E-mail: jason@atlastubular.com

3.    Pan Meridian Tubular
      14550 Torrey Chase Blvd., Suite 345
      Houston, TX  77014
      (281) 873-7800
      Contact: Kirk Murray
      E-mail: kirkmurray@seahusa.com

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7

By: /s/James W. Rose, Jr.
    James W. Rose, Jr.
    Trial Attorney
    Texas Bar No. 17251900
    615 E. Houston, Rm. 533
    P.O. Box 1539
    San Antonio, TX 78295-1539
    (210) 472-4640
    (210) 472-4649 Fax
    E-mail: james.rose@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Committee of Unsecured Creditors has been served upon each member of the committee of unsecured creditors by United States mail, first class, postage pre-paid, and/or by electronic means for all Pacer system participants at the addresses contained in the Notice of Appointment and to the parties on the attached service list on this the 29th day of March, 2016.

/s/ James W. Rose, Jr.
James W. Rose
Trial Attorney