Gerrit M. Pronske
State Bar No. 16351640
Jason P. Kathman
State Bar No. 24070036
PRONSKE GOOLSBY & KATHMAN, P.C.
901 Main Street, Suite 610
Dallas, Texas 75202
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pgkpc.com
Email: jkathman@pgkpc.com

**PROPOSED COUNSEL FOR**
**THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 16-70028-RBK-11** |
| **DRM SALES & SUPPLY, LLC, ET AL** | § | |
| | § | **Chapter 11** |
| **Debtors**. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, representing The Official Committee of Unsecured Creditors, hereby enters this Notice of Appearance and Request for Service of Notices and Documents pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Western District of Texas Local Rules, and requests that copies of all notices, pleadings, and other documents filed in the above-captioned case, as required under Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Western District of Texas Local Rules be served at the following address:

Gerrit M. Pronske
State Bar No. 16351640
Jason P. Kathman
State Bar No. 24070036
PRONSKE GOOLSBY & KATHMAN, P.C.
901 Main Street, Suite 610
Dallas, Texas 75202

**NOTICE OF APPEARANCE – PAGE 1**

(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pgkpc.com
Email: jkathman@pgkpc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Federal Rules of Civil Procedure, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, filed in the above-captioned case.

Dated: April 15, 2016

Respectfully submitted,

/s/ Jason P. Kathman
Gerrit M. Pronske
State Bar No. 16351640
Jason P. Kathman
State Bar No. 24070036
PRONSKE GOOLSBY & KATHMAN, P.C.
901 Main Street, Suite 610
Dallas, TX 75202
214-658-6500 – Telephone
214-658-6509 – Telecopier
Email: gpronske@pgkpc.com
Email: jkathman@pgkpc.com

**PROPOSED COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2016, a true and correct copy of the foregoing was served upon all parties entitled to notice, including the Debtors and United States Trustee, via the Court's electronic transmission facilities.

/s/ Jason P. Kathman
Jason P. Kathman

**NOTICE OF APPEARANCE – PAGE 2**