SK



UPCO, A DOVER COMPANY
24403 Amah Parkway
CLAREMORE, OK 74019 US

# Invoice

| Invoice Number: | Invoice Date: |
|---|---|
| 760003685 | 13-FEB-16 |

Currency:
USD

**Bill to:**
DRM SALES & SUPPLY CO
PO BOX 9236
MIDLAND, TX, 79708

**Ship to:**
DRM SALES & SUPPLY CO
7100 W I 20
Midland, TX, 79706

| Your PO Number | Freight Terms | Customer Number |
|---|---|---|
| 7645 | Collect | 2014 |
| Sales Order | Freight Carrier | Payment Terms |
| 260004030 | CUSTOMER PICK UP | 1.5% 10, NET 30 |
| Delivery Number | Bill of Lading Number | Payment Due Date |
| 2017683 | NPS-960481 | 14-MAR-16 |

| SO Line # | Item # | Legacy# | Item/Description | Inv Org | Qty | UOM | Unit List Price Unit Surcharges | Discount % | Unit Net Price Unit Surcharges | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 | 1090390 | | SR 3/4 X 25 KD SHSM | U02 | 110 | Each | 102.59 | 40 | 61.55 | 6770.50 |
| 2.1 | 1090232 | | SR 7/8 X 25 KD SHSM | U02 | 47 | Each | 130.37 | 40 | 78.22 | 3676.34 |
| 3.1 | 1000986 | | SUBCPLG 7/8 X 3/4 SH SM | U02 | 12 | Each | 58.87 | 34 | 38.86 | 466.32 |
| 4.1 | 1025499 | | SBAR 1 1/4 X 25 3/4 PR PIN ELV | U02 | 18 | Each | 267.96 | 34 | 176.85 | 3183.30 |
| 5.1 | 1008341 | | PRC 3/4 SH SM | U02 | 18 | Each | 44.84 | 34 | 29.59 | 532.62 |
| 6.1 | 1091502 | | 7/8 x 2 KD with SH SM | U02 | 3 | Each | 109.27 | 40 | 65.56 | 196.68 |
| 7.1 | 1091504 | | 7/8 x 4 KD with SH SM | U02 | 3 | Each | 119.76 | 40 | 71.86 | 215.58 |
| 8.1 | 1089822 | | 7/8 X 6 KD SH SM | U02 | 3 | Each | 130.34 | 40 | 78.20 | 234.60 |
| 9.1 | 1091508 | | 7/8 X 8 KD SH SM | U02 | 3 | Each | 140.84 | 40 | 84.50 | 253.50 |

| | |
|---|---|
| Subtotal | 15,529.44 |
| Freight | 0.00 |
| Tax | 0.00 |
| **Total Invoice** | **15,529.44** |

**Remit Check to:**
UPCO, INC.
JP MORGAN CHASE BANK, N.A.
PO BOX 732182, DALLAS, TX 75373-2182, USA
Courier address- Attn: UPCO INC and BOX 732182
14800 Frye Road, 2nd Floor, FT Worth, TX 76155
To REMIT VIA ACH / EFT to:
UPCO, INC.
JP MORGAN CHASE BANK, N.A.
ABA / Routing 071000013
Account 495559720
Please email questions or remittance information to
ar.upco@norrisrods.com

Pay USD 15,296.50 if payment received by 23-FEB-16
Note: NO DISCOUNT ON FREIGHT OR TAX

DELIVERY TICKET : 18301
END USER : STOCK

Page **1** of **1**

# EXHIBIT A



UPCO, A DOVER COMPANY
24403 Amah Parkway
CLAREMORE, OK 74019 US

# Invoice

| Invoice Number: | Invoice Date: |
|---|---|
| 760003700 | 18-FEB-16 |

Currency:
USD

**Bill to:**
DRM SALES & SUPPLY CO
PO BOX 9236
MIDLAND, TX, 79708

**Ship to:**
DRM SALES & SUPPLY CO
7100 W I 20
Midland, TX, 79706

| Your PO Number | Freight Terms | Customer Number |
|---|---|---|
| 7640 | Collect | 2014 |
| Sales Order | Freight Carrier | Payment Terms |
| 260004039 | CUSTOMER PICK UP | 1.5% 10, NET 30 |
| Delivery Number | Bill of Lading Number | Payment Due Date |
| 2021304 | NPS-963506 | 19-MAR-16 |

| SO Line # | Item # | Legacy# | Item/Description | Inv Org | Qty | UOM | Unit List Price Unit Surcharges | Discount % | Unit Net Price Unit Surcharges | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 | 1090936 | | SR 7/8 X 25 HS FSSM | U02 | 96 | Each | 134.36 | 40 | 80.62 | 7739.52 |
| 2.1 | 1091000 | | SR 3/4 X 25 HS FSSM | U02 | 200 | Each | 105.98 | 40 | 63.59 | 12718.00 |
| 3.1 | 1017830 | | SRC 7/8 FS SM | U02 | 25 | Each | 28.81 | 34 | 19.02 | 475.50 |
| 4.1 | 1038155 | | SRC 3/4 FS SM | U02 | 25 | Each | 22.09 | 34 | 14.58 | 364.50 |

|   |   |
|---|---|
| Subtotal | 21,297.52 |
| Freight | 0.00 |
| Tax | 0.00 |
| **Total Invoice** | **21,297.52** |

Remit Check to:
UPCO, INC.
JP MORGAN CHASE BANK, N.A.
PO BOX 732182, DALLAS, TX 75373-2182, USA
Courier address- Attn: UPCO INC and BOX 732182
14800 Frye Road, 2nd Floor, FT Worth, TX 76155
To REMIT VIA ACH / EFT to:
UPCO, INC.
JP MORGAN CHASE BANK, N.A.
ABA / Routing 071000013
Account 496559720
Please email questions or remittance information to
ar.upco@norrisrods.com

Pay USD    20,978.06 if payment received by 28-FEB-16
Note: NO DISCOUNT ON FREIGHT OR TAX

DELIVERY TICKET : 18308
END USER : STOCK