| | | |
|---|---|---|
| **IN RE:** | § | **Case 16-70028** |
| | § | |
| **DRM Sales & Supply, LLC.** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **Chapter  11** |

## WITHDRAWAL OF CLAIM

### TO:  CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Administrative Expense Proof of

Claim No. 36 in the amount of $1,363.72, dated June 2nd, 2016 which was filed with the

Court on June 2nd, 2016 for Texas Workforce Commission Account No. XX-XXX116-8,

DRM SALES AND SUPPLY LLC.

Respectfully submitted, this 24th day of June, 2016.

By:  _____

Erin Reid
Account Examiner
Texas Workforce Commission

### ###